# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO. 4:17-CR-183-ALM-KPJ-1 |
| | § | |
| MANUEL BOTELLO-ZEPEDA | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2023, the Magistrate Judge entered proposed findings of fact and recommendations that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, with eighteen (18) months of supervised release to follow, that Defendant be placed under the same conditions as those under which he was placed when originally released, and that Defendant be placed at Federal Correctional Institute, Big Spring, located in the Northern District of Texas, if appropriate. *See* Dkt. #46.

Having received the Report of the United States Magistrate Judge (Dkt. #46) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #45), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, with eighteen (18) months of supervised release to follow. Defendant shall be placed under the same conditions as those under which he was placed when originally released. Defendant shall be placed at Federal Correctional Institute, Big Spring, located in the Northern District of Texas, if appropriate.

**SIGNED this 1st day of September, 2023.**

                                          AMOS L. MAZZANT
                                        UNITED STATES DISTRICT JUDGE